PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Pecoraro  Cr.: 13-00565-001
PACTS #: 60338

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:  To Be Assigned

Date of Original Sentence: 05/19/2015

Original Offense:  Income Tax Evasion

Original Sentence: Imprisonment – 33 Months; Supervised Release – 3 Years

Special Conditions: Self-Employment/Business Disclosure, Special Assessment - $100, Restitution - $1,241,604.91, Alcohol/Drug Testing and Treatment, Gambling Restrictions and Registration on Exclusion Lists, Cooperate with IRS, Mental Health Treatment, New Debt Restrictions, Restrictions from Entering Gambling Establishments

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/14/2017

## STATUS REPORT

U.S. Probation Officer Action:

On May 19, 2015, the offender was sentenced by the Honorable William H. Walls, Senior United States District Judge, to 33 months of imprisonment followed by 3 years of supervised release. As noted as a special condition above, Mr. Pecoraro was ordered to pay a $100 special assessment, as well as $1,241,604.91 in restitution. The case has since been reassigned to Your Honor.

Mr. Pecoraro currently resides in Long Branch, New Jersey. He is employed with D'Ambrisi Wholesale Foods, LLC, earning about $1,560 of gross income monthly. We believe that Mr. Pecoraro has paid the court-ordered restitution to the best of his financial ability. To date, he has satisfied his special assessment fee of $100, and he has paid $11,725 toward his restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Pecoraro's term of supervision to expire as scheduled on April 13, 2020.

Respectfully submitted,

By: Carly T. Schultz
U.S. Probation Officer
Date: 11/20/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken – Supervision to Expire as Scheduled on April 13, 2020 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

12/19/18
_____
Date